IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EMPIRICAL FOODS, INC., <br><br>　　　Plaintiff, <br><br>　vs. <br><br>PRIMUS BUILDERS, INC., <br><br>　　　Defendant and Third Party Plaintiff, <br><br>　vs. <br><br>SWISSLOG LOGISTICS, INC. <br><br>　　　Third Party Defendant. | **8:19CV457** <br><br> **ORDER** |

After convening a Rule 26 case progression conference,

IT IS ORDERED:

1) The parties' initial written discovery requests shall be served on or before November 6, 2020.

2) A telephonic conference to discuss further case progression deadlines will be held with the undersigned magistrate judge on **December 8, 2020** at **9:00 a.m.** Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

Dated this 7th day of October, 2020.

　　　　　　　　　　　　　　　　　　　BY THE COURT:
　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge