IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EMPIRICAL FOODS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PRIMUS BUILDERS, INC., <br><br> Defendant and Third-Party Plaintiff <br><br> vs. <br><br> SWISSLOG LOGISTICS, INC., <br><br> Third-Party Defendant. | **8:19CV457** <br><br> **ORDER** |

This case is before the court on the joint stipulation (Filing No. 176) filed by Swisslog Logistics, Inc. and empirical foods, inc. In In reference to the court's orders at Filing Nos. 154 and 170, Swisslog and empirical stipulate to entry of an order awarding costs and fees to Swisslog in the total amount of $50,281.93.

Accordingly, IT IS ORDERED:

1) Swisslog and empirical's joint stipulation (Filing No. 176) is approved.

2) Within thirty (30) calendar days of the date of this order, empirical shall remit the $50,281.93 due and owing to Swisslog in satisfaction of sanctions awarded and upheld by this court (Filing Nos. 154 and 170).

Dated this 28th day of July, 2021.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge